# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAM GORMAN MATHES | § § § | |
| v. | § | Civil Action No. 4:18-CV-651 |
| CITY OF CORINTH TEXAS POLICE DEPARTMENT | § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 10, 2019, the report of the Magistrate Judge (Dkt. #15) was entered containing proposed findings of fact and recommendations that Plaintiff William Gorman Mathes's case be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 4(m) and 41(b).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff William Gorman Mathes's case is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this the 14th day of March, 2019.

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE